MONTALVO, PETITIONER, *v.* SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of *Certiorari* to the Judge of the District Court of Aguadilla in injunction proceedings to recover the material possession of real property.

No. 122.—Decided May 1, 1914.

APPEAL—CERTIORARI.—When an appeal is dismissed on account of a fault of the appellant he cannot resort to the extraordinary remedy of *certiorari* for a reviewal of the proceedings in which the judgment appealed from was rendered.

The facts are stated in the opinion.

*Mr. Víctor P. Martínez* for the petitioner.

The respondent did not appear.

MR. JUSTICE DEL TORO delivered the opinion of the court.

On April 28, last, Susano Montalvo, by his attorney, Víctor Primo·Martínez, filed a petition in this court for a writ of *certiorari.* From the said petition it appears that the District Court of Aguadilla rendered judgment against the defendant in civil case No. 1676, which was an action brought by Joaquín Oronoz against Susano Montalvo; that the latter appealed from the judgment and that the appeal was dismisssed by this court on April 15, 1914. And the said defendant, Susano Montalvo, now seeks to have this court review all the proceedings in the said case by means of a writ of *certiorari*—that is, the petitioner undertakes to substitute completely the ordinary recourse of appeal, which he lost through his own fault, by the extraordinary remedy of *certiorari* which he now invokes. The pretensions of the petitioner are contrary to the jurisprudence repeatedly established by this court. ''The writ of *certiorari* has not been provided to take the place of a writ of error or an appeal.'' *Barrera* v. *District Court,* 10 P. R. R., 181; *Arribas* v. *District Court,* 9 P. R. R., 436.

The petition should be denied.

*Petition denied.*

Chief Justice Hernández and Justices·Wolf and Aldrey concurred.